# Exhibit A



مكتب صاحب السمو الشيخ محمد بن فيصل القاسمي
HH Sheikh Mohammed Bin Faisal Al Qassimi Office

SUB: **EXPRESSION OF INTEREST**
National Development and Reform Commission of the People's Republic of China
China Investment One Belt One Road Development Center
CIF Global Strategic Investment Development Department
Attn: Right CEO, Mr. Yuan Nuo
Date: 20/06/2019

**EXPRESSION OF INTEREST FOR COLLABORATION IN MUTUALLY BENEFICIAL PROJECTS**

Dear Mr Yuan,

As the world embarks on the next phase of the global economy with China's One Belt One Road initiative, it is with great interest that the people of The United Arab Emirates extend an offer of collaboration in projects that are mutually beneficial to both our countries' economies.

This letter echoes the commitments exchanged between the leaders of both countries during the recent Belt and Road Conference for International Cooperation held in April this year.

Allow me to express my heartfelt appreciation for sending your delegation to Dubai to meet me in my Private Office, and it is with pleasure that I wish to reciprocate your kindness by expressing interest to collaborate in the initiatives that have been highlighted in the meeting. Areas of collaboration comprise:

1. Establish China Construction Bank in the UAE
2. GCC High Speed Railway Project
3. Expo 2020 Development Site
4. Other Areas/Geographies of common interest

I will be happy to receive your invite for a visit for us to progress on the above.

I look forward to hearing from you soon.

Yours sincerely,



HH SHEIKH MOHAMMED BIN FAISAL AL QASSIMI
CEO AND CHAIRMAN
MBF GROUP HOLDINGS AND ESTABLISHMENTS

Tel (FAX): +971 4 25 22 130, P.O. Box: 454545, JBR, Dubai UAE. Email: info@mbfgroupholdings.ae
www.mbfgroupholdings.ae